**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| JEFFERY RODRIGUEZ & LESLIE RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>AD ASTRA RECOVERY SERVICES, INC., SPEEDY CASH, and CURO FINANCIAL TECHNOLOGIES CORP. f/k/a SPEEDY CASH HOLDINGS CORP.,<br><br>Defendants. | Case No. 4:17-cv-03903<br><br>Honorable Judge Alfred H. Bennett |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that JEFFERY RODRIGUEZ and LESLIE RODRIGUEZ ("Plaintiffs"), hereby notify the Court that Plaintiffs and Defendants SPEEDY CASH and CURO FINANCIAL TECHNOLOGIES CORP. f/k/a SPEEDY CASH HOLDINGS CORP, only, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 16th day of March, 2018.

                                                Respectfully submitted,

                                                *s/ Omar T. Sulaiman*
                                                Omar T. Sulaiman, Esq.
                                                Counsel for Plaintiffs
                                                Admitted in the Southern District of Texas
                                                Sulaiman Law Group, Ltd.
                                                2500 South Highland Avenue,
                                                Lombard, Illinois 60148
                                                (630) 575-8181 x108 (phone)
                                                (630) 575-8188 (fax)
                                                osulaiman@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Omar T. Sulaiman*_____
Omar T. Sulaiman
