Case 4:17-cv-03903 Document 31 Filed in TXSD on 10/04/18 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 04, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFERY RODRIGUEZ, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:17-CV-3903 |
| AD ASTRA RECOVERY SERVICES, INC., *et al*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the Agreed Stipulation filed on October 3, 2018, (Doc # 30), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED. 10/04/2018.

_____
The Honorable Alfred H. Bennett
United States District Judge